**Order entered February 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01699-CR

**DONALD RAY ATKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F10-31661-J**

## ORDER

The Court has before it the January 30, 2013 letter from court reporter Kimberly Xavier stating she has not filed the reporter's record because appellant has not made a request for the record. The clerk's record, however, contains appellant's request to Ms. Xavier to prepare the reporter's record. The request is dated January 18, 2013.

Accordingly, we **ORDER** Kimberly Xavier, official court reporter of the Criminal District Court No. 3, to file the complete reporter's record within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Kimberly Xavier, official court reporter of the Criminal District Court No. 3, and to counsel for all parties.

/s/     DAVID EVANS
            JUSTICE